UNITED STATES DISTRICT COURT
IN FOR THE SOUTHERN DISTRICT
OF FLORIDA.

CASE NO.:

RMK MERRILL STEVENS, LLC.,
a Florida corporation,

    Plaintiff,
vs.

LANGAN ENGINEERING AND
ENVIRONMENTAL SERVICES, INC.,
A New Jersey Corporation.
    Defendant.

_____/

**COMPLAINT**

COMES NOW the Plaintiff, RMK MERRILL STEVENS, LLC., (hereinafter "RMK MS") by and through its undersigned counsel, and files this claim for damages and breach of contract against LANGAN ENGINEERING AND ENVIRONMENTAL SERVICES, INC., (hereinafter "LANGAN") and states as follows:

1. This is an action for damages in an amount in excess of $75,000.00 and otherwise within the jurisdictional limits of this Honorable Court.

2. At all times material hereto, the Plaintiff was a Florida corporation located in Miami-Dade County, and doing business in the State of Florida.

3. At all times material hereto, Defendant LANGAN was a New Jersey company, that was doing business in Miami-Dade County, Florida.

4. Venue is proper in this case as this involves a contract for services rendered in Miami-Dade County, Florida.

Case No.:
Page 2

5. On or about November 11, 2021, the Plaintiff and Defendant entered into an agreement and a schedule of services for LANGAN to drill and install four monitoring wells on RMK MS property located 1270 N.W. 11th Street, Miami, Florida (hereinafter the "Site") for the purpose of reinstalling four (4) monitoring wells. (See Exhibit A).

6. The Defendant LANGAN was provided with the exact locations, including GPS coordinates for the exact locations where the wells were to be drilled on the RMK-MS property.

7. On or about December 15th, 2021, LANGAN and their sub-contractors began drilling on the RMK property.

8. LANGAN drilled one of the wells in an improper and unmarked location, some seven feet off of the exact location that they were given, causing extensive damage to the property.

9. RMK-MS had to expend its own funds for damages and repairs for the damage that was done by LANGAN.

## COUNT I

Plaintiff re-alleges and re-affirms paragraphs 1-9 above, and further states:

10. On November 11, 2021, the parties entered into an agreement for LANGAN to provide services and drill on the property. (See Exhibit A.)

11. On or about Decmber 15th, 2021, LANGAN began drilling on the property.

12. LANGAN was provided with the exact location where the drills could safely drill on the property.

13. LANGAN had the duty to exercise and use due diligence to drill in the exact locations as provided to them.

Case No.:<br>Page 3

14. LANGAN, despite having the exact locations for the drilling of the wells, drill in the wrong location.

15. LANGAN negligently drilled in the wrong location, despite having the proper location given to them, causing damage to the property.

16. LANGAN breached it's contract by failing to properly provide the services contracted for in a proper and workmanlike manor.

17. As a result of this breach of the contract RMK-MS suffered damages in an amount in excess of two hundred and fifty thousand dollars ($250,000.00).

WHEREFORE Plaintiff, RMK MERRLL STEVENS is seeking damages, interest, costs, and attorney's fees against the Defendant, as well as any further damages this court deems just and proper.

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was filed/served via transmission of Notice of Electronic Filing generated by CM/ECF this 8th day of February, 2020.

Respectfully submitted,

KARCHER, CANNING & KARCHER
Attorneys for Plaintiff
760 N.E. 7th Avenue
Dania Beach, FL 33004
Tel:   954/929-7800
Fax :  954/929-7799
E-mail:  mrk@ukandk.com

By:    /s/ *Michael R. Karcher*
          MICHAEL R. KARCHER
          FLORIDA BAR NO. 516287