UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT
OF FLORIDA

CASE NO.: 1:23-cv-20505-DPG

RMK MERRILL STEVENS, LLC,
a Florida Corporation,

 Plaintiff,

vs.

LANGAN ENGINEERING AND
ENVIRONMENTAL SERVICES, INC.,
a New Jersey Corporation.

 Defendant.
_____/

LANGAN ENGINEERING AND
ENVIRONMENTAL SERVICES, INC.,
a New Jersey Corporation,

 Third-Party Plaintiff,

vs.

ENVIROPROBE SERVICES, INC.,
A New Jersey Corporation,

 Third-Party Defendant.
_____/

## MOTION FOR HEARING

COMES NOW, the Defendant / Third-Party Plaintiff, LANGAN ENGINEERING AND ENVIRONMENTAL SERVICES, INC. ("Langan"), by and through the undersigned counsel, and hereby moves for a hearing on its discovery propounded to Plaintiff, RMK MERRILL STEVENS, LLC's ("RMK"), and RMK's failure to respond to discovery following numerous good faith attempts to resolve the dispute in the above-captioned matter, and states as follows:

1. After conferring with Plaintiff's counsel, the parties have agreed to the following dates and times for a discovery hearing on this matter:

    a. Thursday, November 2 at 10:30am or 2:30pm

    b. Thursday, November 9 at 11:30am, 1:30pm, or 2:30pm

2. On July 6, 2023, Langan propounded its First Request for Production to RMK.

3. On July 14, 2023, Langan propounded its First Set of Interrogatories to RMK.

4. Responses were not provided to Langan's above discovery during the original time permitted under the Fed. R. Civ. P. 33(b)(2); Fed. R. Civ. P. 34(b)(2)(A).

5. LANGAN worked in good faith with RMK to provide an extension of time to complete the same in an attempt to resolve the matter without Court intervention.

6. On August 23, 2023, Langan's counsel, Mr. Michael Suarez, communicated via email to RMK's counsel, Mr. Michael Karcher, that an extension to August 30, 2023 would be granted for RMK to provide its outstanding discovery responses.

7. Following the August 30, 2023 extension, counsel for LANGAN have made numerous good faith attempts to obtain Plaintiff's discovery responses and avoid court intervention.

8. Langan's prefiling efforts include multiple attempts by email and telephonic conference to respond to outstanding discovery, including on, at a minimum, the following dates: September 07, 2023; September 11, 2023; September 22, 2023; September, 26, 2023 (telephonic conference); and October 05, 2023.

9. Langan provided a final extension to September 29, 2023, based on communications from RMK's counsel of personal ongoing health issues.

10. Despite these attempts, at the time of filing this motion, Langan has not received RMK's discovery responses and thus requires a hearing on the same.

11. Langan therefore respectfully requests that Court grant the Motion for Hearing.

12. This motion is filed in good faith and is not sought for the purpose of delay, nor will the relief sought adversely affect the prospect of a just, speedy, and inexpensive determination of this action. *See* Fed. R. Civ. P. 1.

WHEREFORE, LANGAN respectfully requests that this Honorable Court grant the Motion for Hearing, and for any other such relief as the Court deems just and proper.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues but has been unable to resolve the issues.

**KUBICKI DRAPER**
*Counsel to Defendant,*
*LANGAN ENGINEERING AND*
*ENVIRONMENTAL SERVICES, INC.*
One Datran Center
9100 S. Dadeland Blvd., Suite 1800
Miami, Florida 33156
Direct Line: (305) 982-6715
MFS-KD@kubickidraper.com (eService ONLY)

BY:   / s / *Michael F. Suarez*
MICHAEL F. SUAREZ, ESQ.
Florida Bar No.: 88845
mfs@kubickidraper.com (Direct)
VINOD R. BAJNATH, ESQ.
Florida Bar No.: 90876
vb@kubickidraper.com (Direct)

## CERTIFICATE OF SERVICE

I certify that on October 6, 2023, I filed the foregoing document through CM/ECF with

the United States District Court for the Southern District of Florida and that notice will be provided to parties of record and the Court through CM/ECF.

                                                **KUBICKI DRAPER**

*Counsel to Defendant,*
*LANGAN ENGINEERING AND*
*ENVIRONMENTAL SERVICES, INC.*
One Datran Center
9100 S. Dadeland Blvd., Suite 1800
Miami, Florida 33156
Direct Line: (305) 982-6715
MFS-KD@kubickidraper.com (eService ONLY)

BY:   / s / *Michael F. Suarez*
       MICHAEL F. SUAREZ, ESQ.
       Florida Bar No.: 88845
       mfs@kubickidraper.com (Direct)
       VINOD R. BAJNATH, ESQ.
       Florida Bar No.: 90876
       vb@kubickidraper.com (Direct)

**SERVICE LIST**

Michael R. Karcher, Esq.
Karcher, Canning & Karcher
760 N.E. 7th Avenue
Dania Beach, FL 33004
Tel: 954.929.7800
Fax: 954.929.7799
mrk@ukandk.com
*Counsel for Plaintiff*

James M. Kloss, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue, Suite 1200
Orlando, Florida 32801
*Counsel for Third-Party Defendant, Enviroprobe Services, Inc.*
James.Kloss@wilsonelser.com
Elizabeth.Vazquez@wilsonelser.com